



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 16, 2021**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-42512-MXM-13 |
| TIMOTHY CLYDE AUTRY | § | |
| AND | § | |
| SARAH CHARSLEE AUTRY | § | |
| | § | Chapter 13 |
| *Debtors* | § | |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST DEBTORS PURSUANT TO 11 U.S.C. §362(a) AND §363(h) AND WAIVER OF 30-DAY REQUIREMENT PURSUANT TO 11 U.S.C. §362(e)**

On this date, the Court considered the Motion for Relief from Automatic Stay against Debtors pursuant to 11. U.S.C §362(a) and §363(h) and Waiver of 30-day Requirement pursuant to 11. U.S.C §362(e) (the "Motion"), which was filed by Christopher J. Moser, Plan Agent ("Plan Agent") of the bankruptcy estate of GRCDALLASHOMES, LLC ("GRCD"), pending in the United States Bankruptcy Court for the Eastern District of Texas, Case No. 19-41186 (the "GRCD Estate"). The Court is advised that the parties have reached an agreement regarding the Motion. After reviewing the Motion, considering the record, and agreement of the parties, the Court finds that the Motion should be granted. **IT IS THEREFORE,**

**ORDERED** that the Motion is Granted. **IT IS FURTHER ORDERED,**

**ORDERED** that the automatic stay arising under §362 of the Bankruptcy Code shall be and lifted to allow the Plan Agent and GRCD to initiate an adversary proceeding in regard to the real property located in Denton County, commonly known as 6900 Elliot Court, The Colony, Texas, 75056, to assert rights pursuant to 11. U.S.C §363(h) and applicable state law rights, if any. **IT IS FURTHER,**

**ORDERED** that the 14-day stay under Fed. R. Bankr. P. 4001(a)(3) does not apply to this Order.

### # # #End of Order# # #

AGREED:

*By: /s/ Frank S. Patel*_____
Frank S. Patel
State Bar No. 24116882
QUILLING, SELANDER, LOWNDS,
    WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
fpatel@qslwm.com
ATTORNEY FOR PLAN AGENT


By:/*s/ David Shuster*_____
David Shuster
State Bar No. 24037491
SHUSTER LAW, PLLC
860 Hebron Parkway, Suite 402
Lewisville, Texas 75057
Tel: 972.315.6222
Fax: 972.315.6223
david@shusterlawfirm.com
ATTORNEY FOR DEBTORS